CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 04 2015

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DAVID BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 7:14-cv-00216 |
| ) | |
| HUNT ENTERPRISES, INC., d/b/a ) | |
| GREENBRIER CONTRACT SERVICES ) | |
| ) | |
| and ) | |
| ) | |
| CELANESE, ) | |
| ) | |
| Defendants. ) | |

## DISMISSAL ORDER

The court has before it the parties' representation that they have reached a settlement of this matter among themselves and have resolved all claims, and they therefore request dismissal of this action from the Court's docket.

Based on this representation, this action is hereby ORDERED DISMISSED, WITH PREJUDICE.

ENTER this 4th day of August, 2015.

By: /s/ Glen Conrad
The Honorable Glen E. Conrad
Chief Judge, United States District Court
for the Western District of Virginia

REQUESTED:

s/Melvin E. Williams
Melvin E. Williams (VSB No. 43305)
MEL WILLIAMS PLC
130 Third Street, SW
Roanoke, Virginia 24016
(540) 266-7800
(540) 206-3857(facsimile)
mel@melwilliamslaw.com

*Counsel for David Brown*


REQUESTED:

s/Eric D. Chapman
James K. Cowan, Jr. (VSB No. 37163)
Brian S. Wheeler (VSB No. 74248)
Eric D. Chapman (VSB No. 86409)
CowanPerry PC
202 South Main Street, Suite 202
Blacksburg, Virginia 2406
Telephone: (540) 443-2850
Facsimile: (888) 755-1450
jcowan@cowanperry.com
bwheeler@cowanperry.com
echapman@cowanperry.com

*Counsel for Defendants*